IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP STEWART                                                                                    PLAINTIFF

v.                                    Case No. 6:20-cv-6045

LIEUTENANT FREDDIE OTTS
and CORPORAL HARPER                                                                       DEFENDANTS
DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed July 9, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12). Judge Ford recommends that Plaintiff's Motion for Leave to Appeal In Forma Pauperis ("IFP") be denied as frivolous. (ECF No. 11).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court finds no clear error warranting a departure from Judge Ford's recommendation. Therefore, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*. Plaintiff's Motion for Leave to Appeal IFP (ECF No. 11) is hereby **DENIED**.

**IT IS SO ORDERED**, this 30th day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge